164 So.2d 360

Robert W. O'MEARA et al.

v.

Edwin S. BROUSSARD et al.

No. 47255.

June 8, 1964.

In re: Miss Clarissa Elizabeth Wisner et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 162 So.2d 777.

Writ denied. The result reached by the Court of Appeal is correct.

164 So.2d 360

Richard K. INGOLIA

v.

Charles S. PIQUE, Jr.

No. 47252.

June 8, 1964.

In re: Charles S. Pique, Jr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 162 So.2d 148.

Writ refused. The result is correct.